BRUCE A. SCHEIDT, State Bar No. 155088
*bscheidt@kmtg.com*
BRUCE A. EMARD, State Bar No. 100646
*bemard@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Creditor
BANK OF THE WEST

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>ESTERLINA VINEYARDS & WINERY, LLC,<br><br>Debtor. | Case No. 15-10841<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, AND THE ATTORNEY OF RECORD FOR THE DEBTOR:

**REQUEST IS HEREBY MADE** that BANK OF THE WEST ("BANK") be served with notice of all pleadings, motions, applications and other documents and papers pertaining to the above-captioned case, including all notices required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules or any other rule or law requiring notice to be served upon creditors, any creditor's committee, the debtors or other parties in interest.

BANK requests that all such pleadings, notices and other papers or communications be directed to its counsel as follows:

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | Bank of the West |
| 2 | c/o Bruce A. Emard |
| 3 | Kronick, Moskovitz, Tiedemann & Girard |
| 4 | 400 Capitol Mall, 27th Floor |
| 5 | Sacramento, CA 95814 |
| 6 | Tel:  (916) 321-4500 |
| 7 | Fax:  (916) 321-4555 |
| 8 | e-mail:  bemard@kmtg.com |

Dated:  August 13, 2015

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation


By: ____*/s/ Bruce A. Emard*_____
Bruce A. Emard
Attorneys for Creditor
BANK OF THE WEST

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 400 Capitol Mall, 27th Floor, Sacramento, CA 95814.

On August 13, 2015, I served true copies of the following document(s) described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Kronick, Moskovitz, Tiedemann & Girard for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Sacramento, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 13, 2015, at Sacramento, California.

Bao Xiong

| | | |
|---|---|---|
| 1 | **SERVICE LIST** | |
| 2 | | |
| 3 | U.S. Trustee | *U.S. Trustee* |
| 4 | Office of the U.S. Trustee / SR<br>235 Pine Street, #700<br>San Francisco. CA 94104 | |
| 5 | | |
| 6 | Douglas B. Provencher<br>Law Offices of Provencher and Flatt | *Attorney for Debtor* |
| 7 | 823 Sonoma Ave.<br>Santa Rosa, CA 95404<br>Phone: 707-284-2380 | |
| 8 | Email: dbp@provlaw.com | |

1282536.1 12311-046

Case: 15-10841   Doc# 5   Filed: 08/13/15   Entered: 08/13/15 16:23:12   Page 4 of 4

2

PROOF OF SERVICE