PROVENCHER & FLATT LLP
Douglas B. Provencher SBN 77823
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2380
Facsimile: (707) 284-2387

Proposed Attorneys for Debtor in Possession
Esterlina Vineyards & Winery, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA (Santa Rosa)

| | |
|---|---|
| In re<br><br>ESTERLINA VINEYARDS & WINERY, LLC,<br><br>Debtor. | Case No. 15-10841-TEC<br><br>Chapter 11<br><br>**DEBTOR'S PROPOSED BUDGET FROM AUGUST 1 THROUGH DECEMBER 2015; DECLARATION OF CRAIG STERLING**<br><br>DATE: SEPTEMBER 4, 2015<br>TIME: 9:;30 AM<br>LOCATION: 24 FOR ECF 23 FOR APPEARANCE. |

    Attached as Exhibit A is the debtor's proposed budget from August 1 through December 31, 2015.

Dated: September 3, 2015          Provencher & Flatt LLP

                                            By:/s/ Douglas B. Provencher
                                            Douglas B. Provencher (77823)

## Declaration of Craig Sterling

I, Craig Sterling, declare:

1. I am the Vice-President of Operations of the debtor.

2. The debtor in possession, Esterlina Vineyards & Winery, LLC, filed this Chapter 11 petition on August 12, 2015. This filing was done on an emergency basis to stop a foreclosure set for trustee sale on August 13, 2015. The debtor is a multi-million dollar wine business.

3. The debtor is entering a critical time-period in its operations as it intends to begin its yearly harvest and crush on Monday August 31, 2015. Furthermore, September through December is the period the winery typically generates the most revenue and profit for the sale of its wine through its wine club and tasting room.

4. Attached as Exhibit A is a proposed budget for the debtor and the use of cash collateral from August 1 through December 31, 2015.

I make this declaration under penalty of perjury and I signed this declaration on September 3, 2015 at Santa Rosa, California.

_____
Craig Sterling

# Exhibit A

Esterlina-Everett Ridge  
Anticipated Budget Aug-Dec 2015

| | Aug 1-Aug 7 | Aug 8-Aug 14 | Aug 15- Aug 21 | Aug 22- Aug 28 | Aug 29- Sept. 4 | Sept. 5-Sept 11 | Sept. 12-Sept 18 | Sept. 19- Sept 25 | Sept. 26- Sept 30 | Oct. | Nov. | Dec. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | |
| Tasting Room | 6900 | 10300 | 6200 | 8500 | 85000 | 16000 | 9500 | 17500 | 110,000 | 150,000 | 85,000 | 70,000 | 574,900 |
| External Sales | 1200 | 1350 | 2100 | 1500 | 2500 | 4500 | 6000 | 6000 | 6000 | 23,000 | 22,000 | 15,000 | 91,150 |
| Bulk Wine Sales | 0 | 0 | 0 | 0 | 13300 | 0 | 10000 | 0 | 0 | 0 | 0 | 15,000 | 38,300 |
| Custom Crush Services | 0 | 0 | 0 | 0 | 0 | 20000 | 0 | 0 | 0 | 0 | 0 | 15,000 | 35,000 |
| **Total Revenue** | **8,100** | **11,650** | **8,300** | **10,000** | **100,800** | **40,500** | **25,500** | **23,500** | **116,000** | **173,000** | **107,000** | **115,000** | **739,350** |
| **EXPENSES** | | | | | | | | | | | | | |
| **PAYROLL (See Worksheet 2 for Breakdown)** | 25266 | 0 | 0 | 25266 | 0 | 25266 | 0 | 25266 | 0 | 65,199 | 65,199 | 50,532 | 281,993 |
| Picking Costs | | | | | | 7333 | | 7333 | | | | | 14,667 |
| **INSURANCE** | | | | | | | | | | | | | |
| Property-Liability Ins. (1st Pymnt is double) | 0 | 0 | 0 | 0 | 6900 | 0 | 0 | 0 | 0 | 3,400 | 3,400 | 3,400 | 17,100 |
| Health Insurance | 0 | 0 | 0 | 0 | 3900 | 0 | 0 | 0 | 3900 | 3,900 | 3,900 | 3,900 | 19,500 |
| Dental Insurance | 0 | 0 | 0 | 0 | 575 | 0 | 0 | 0 | 575 | 575 | 575 | 575 | 2,875 |
| Workers Comp. | 0 | 0 | 0 | 0 | 2600 | 0 | 1200 | 0 | 0 | 1,200 | 1,200 | 1,200 | 7,400 |
| **UTILITIES** | | | | | | | | | | | | | |
| PG& E | 0 | 0 | 0 | 0 | 4400 | 0 | 0 | 0 | 5000 | 5,000 | 4,500 | 4,500 | 23,400 |
| Phone/Internet | 0 | 0 | 0 | 0 | 600 | 0 | 0 | 0 | 600 | 600 | 600 | 600 | 3,000 |
| Nexternal Web Store | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 60 | 60 | 60 | 60 | 340 |
| Propane | 0 | 0 | 0 | 0 | 300 | 0 | 0 | 0 | 750 | 750 | 750 | 500 | 3,050 |
| **SALES AND MARKETING** | | | | | | | | | | | | | |
| Commissions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000 | 0 | 2,000 | 4,000 |
| Travel | 0 | 0 | 0 | 0 | 250 | 100 | 100 | 100 | 100 | 400 | 400 | 400 | 1,850 |
| **FARMING SUPPLIES (Fuel, etc.)** | | | | | | | | | | | | | |
| Fuel | 0 | 0 | 0 | 0 | 450 | 200 | 200 | 200 | 200 | 650 | 550 | 450 | 2,900 |
| Parts/Repairs | 0 | 0 | 0 | 0 | 0 | 150 | 0 | 150 | 0 | 300 | 150 | 0 | 750 |
| **WINERY SUPPLIES (incl. package shipping)** | | | | | | | | | | 7,500 | 4,500 | 3,000 | 15,000 |
| Shipping (UPS, GSO) | 100 | 75 | 75 | 100 | 100 | 1000 | 4500 | 2500 | 1000 | 8,500 | 8,500 | 4,000 | 30,450 |
| Packing Materials for Wine Club Shipments | 0 | 0 | 0 | 0 | 2200 | 0 | 0 | 1500 | 0 | 1,750 | 0 | 1,500 | 6,950 |
| Winemaking supp. (yeast, enzymes, etc.) | 0 | 0 | 0 | 0 | 100 | 500 | 500 | 500 | 0 | 1,500 | 1,500 | 500 | 5,100 |
| **Total Anticipated Costs** | **25,366** | **75** | **75** | **25,366** | **22,475** | **34,549** | **6,500** | **37,549** | **12,185** | **103,284** | **95,784** | **77,117** | **440,325** |

Case: 15-10841   Doc# 18   Filed: 09/03/15   Entered: 09/03/15 12:55:02   Page 4 of 5

# Esterlina Employee Wage Info

Monthly paydates: the 7th & 22nd

Gross Employee Wages (Per pay period)

| | |
|---|---:|
| Craig Sterling (G.M.- Gen Counsel) | $3,750 |
| Steve Sterling (Sales & Marketing Mgr) | 3334 |
| Mandy Conatser Sterling (Wine Club/Events Coordinator | 3000 |
| Chris Sterling (Vineyard Manager) | 2167 |
| Isabelle Mort Winemaker | 2125 |
| Beto Baltazar Cellarmaster | 1400 |
| Christobal Lopez (Cole Ranch caretaker) | 1250 |
| Martin Ramirez Farm worker | 920 |
| David Flores | 920 |
| Irma | 800 |
| Jorge Ayala | 800 |
| Francisco Ayala | 800 |
| | |
| Tasting Room Staff | 3500 |
| Office Manager | 500 |
| | $25,266 |
| | |
| Harvest Fruit Picking Crew ($220 per ton) | |
| Expected tonnage: 200 | |
| Total | 44000 |
| Per pay period Sept, Oct Nov (Six periods Total) | 7333.333 |