PROVENCHER & FLATT LLP
Douglas B. Provencher SBN 77823
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2380
Facsimile: (707) 284-2387

Attorneys for Debtor in Possession
Esterlina Vineyards & Winery, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA (Santa Rosa)

| | |
|---|---|
| In re<br><br>ESTERLINA VINEYARDS & WINERY, LLC,<br><br>Debtor, | Case No. 15-10841-TEC<br><br>Chapter 11<br><br>**AMENDED NOTICE OF HEARING ON MOTION PURSUANT TO 11 USC § 364 FOR ORDER AUTHORIZING INSURANCE PREMIUM FINANCE AGREEMENT BETWEEN DEBTOR AND IPFS CORPORATION OF CALIFORNIA**<br><br>DATE: DECEMBER 10, 2015<br>TIME: 9 AM<br>LOCATION: DEPT 23 FOR APPEARANCE<br>DEPT 24 FOR ECF<br>JUDGE: Hon. Thomas E. Carlson |

Notice is given that the debtor's motion Pursuant to 11 USC § 364 for Order Authorizing Insurance Premium Finance Agreement Between Debtor and IPFS Corporation of California will be heard on December 10, 2015 at 9:00 am before the Honorable Thomas E. Carlson in Courtroom 23 located at the U.S. Bankruptcy Court, 235 Pine Street, San Francisco, California.

//

//

1

AMENDED Notice of Motion *In re Esterlina Vineyards & Winery, LLC*
*15-10841-TEC*

Any interested party may appear in person or by Courtcall.

The motions are based on the moving papers, the court's files and anything presented at the hearing.

Dated: November 20, 2015                              Provencher & Flatt LLP


                    By:  <u>s/Douglas B. Provencher</u>
                         Douglas B. Provencher (77823)

PROVENCHER & FLATT LLP
823 SONOMA AVENUE
SANTA ROSA, CA 95404
(707) 284-2380

# DECLARATION OF SERVICE

I declare that I am over the age of eighteen years and am not a party to this action. I am a resident of or employed in the county where the mailing took place. My business address is Provencher & Flatt LLP, 823 Sonoma Avenue, Santa Rosa, CA 95404.

On November 20, 2015, I served the following documents:

**AMENDED NOTICE OF HEARING ON MOTION PURSUANT TO 11 USC § 364 FOR ORDER AUTHORIZING INSURANCE PREMIUM FINANCE AGREEMENT BETWEEN DEBTOR AND IPFS CORPORATION OF CALIFORNIA**

on the interested parties in the action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Santa Rosa, California, (unless otherwise indicated to be by hand delivery, overnight mail, electronic means, messenger or fax) addressed as follows:

ADDRESSED TO:

SEE ATTACHED MAILING MATRIX

(X) (BY FIRST-CLASS MAIL) I placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the business practice at my place of business for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid

( ) (BY E-SERVICE VIA E-FILING VENDOR) I caused said document to be electronically served on all attorneys and parties of record by transmission to the E-Filing Vendor approved by the Court to provide electronic filing and service.

( ) (BY ELECTRONIC FILING) By transmission of the Notification of Electronic Filing by the Clerk to Registered Participants who have consented to service.

( ) (BY ELECTRONIC SERVICE – VIA E-MAIL) By transmission of said document by e-mail to the above addressee(s).

( ) (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the above-noted addressee(s).

( ) (BY FACSIMILE) By Facsimile machine to the above number(s). The above-described transmission was reported as complete without error by a transmission report.

( ) (BY OVERNIGHT MAIL SERVICE) I placed such envelope to be delivered by overnight mail service to the above addressee(s).

( ) (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) (Federal) I declare under penalty of perjury that I am a member of the State Bar of this Court or I am an employee in the offices of a member of the State Bar of this Court at whose direction service was made.

Executed on November 20, 2015.          s/ Deana Hopper
                                        Deana Hopper

```
Label Matrix for local noticing          Aaction Rents                            All American Containers
0971-1                                   10510 Old Redwood Highway                10510 Old Redwood Highway
Case 15-10841                            Windsor, CA 95492-8042                   Windsor, CA 95492-8042
Northern District of California
Santa Rosa
Tue Nov 17 14:40:32 PST 2015

All American Containers                  Alpine Springs Distributing Co.          Amorim Cork America
5600 Earhart Court                       545 Portal Street                        360 Devlin Road
Windsor, CA 95492-6901                   Cotati, CA 94931-3023                    Napa, CA 94558-7579


Bank of the West                         Bank of the West                         Berkstone, LLC
Kronick Moskovitz Tiedemann & Girard     North Coast ABC Office                   c/o Thomas Davenport, Attorney
400 Capitol Mall, 27th Floor             3316 Jefferson Street                    Beyers Costin Simon
c/o Bruce A. Emard                       Napa, CA 94558-3438                      P.O. Box 878
Sacramento, CA 95814-4416                                                         Santa Rosa, CA 95402-0878

Big Wave Bottling                        Brelje and Race Laboratories, Inc.       CA Employment Development Dept.
1415 Fulton Road                         425 South E Street                       Bankruptcy Group MIC 92E
Santa Rosa, CA 95403-7619                Santa Rosa, CA 95404-5192                P.O. Box 826880
                                                                                  Sacramento, CA 94280-0001

CA Franchise Tax Board                   Cal-West Rentals, Inc.                   California Restaurant Association
Bankruptcy Group                         dba Encore Events Rentals                U.S. Bank
P.O. Box 2952                            1300 Petaluma Blvd., No                  612 Capital Mall
Sacramento, CA 95812-2952                Petaluma, CA 94952-1954                  Sacramento, CA 95814

Craig Sterling                           David Macrae                             EBA ENGINEERING, INC., a corporation
P.O. Box 1238                            c/o Peter DeGolia                        c/o: Law Offices of Sweet & Walker, P.C
Healdsburg, CA 95448-1238                Clement, Fitzpatrick & Kenworthy         2380 Junipero Serra Boulevard, Suite B
                                         3333 Mendocino Avenue                    Daly City, CA 94015-1647
                                         Santa Rosa, CA 95403-2233

EBA Engineering                          ETS Laboratories                         Employment Development Department
825 Sonoma Avenue                        899 Adams Street, Suite A                State of California
Santa Rosa, CA 95404-4746                Saint Helena, CA 94574-1160              Bankruptcy Unit-MIC 92E
                                                                                  P.O. Box 826880
                                                                                  Sacramento, CA 94280-0001

Encore Event Rentals                     Environment Control                      Eric Sterling
20 Mill Street                           7654 Bell Street                         6000 Vine Hill School Road
Healdsburg, CA 95448-4010                Windsor, CA 95492-8998                   Sebastopol, CA 95472-2027


Esterlina Vineyards & Winery, LLC        FRANCHISE TAX BOARD                      FedEx
435 West Dry Creek Road                  BANKRUPTCY SECTION MS A340               P.O. Box 7221
Healdsburg, CA 95448-9122                PO BOX 2952                              Pasadena, CA 91109-7321
                                         SACRAMENTO CA 95812-2952


First Hawaiian Master Card               Francis Coppola Winery LLC               Francois Freres USA, Inc.
Bank of the West                         300 Via Archimedes                       505 29th Avenue
North Coast ABC Office                   Geyserville, CA 95441-9325               San Francisco, CA 94121-2818
3316 Jefferson Street
Napa, CA 94558-3438
```

| | | |
|---|---|---|
| Golden State Overnight<br>7901 Stoneridge Drive<br>Pleasanton, CA 94588-3655 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Johns S. Richards<br>RIchards Law<br>261 Hartz Avenue<br>Danville, CA 94526-3309 | Kaiser Foundation Health Plan, Inc.<br>1 Kaiser Plaza<br>Oakland, CA 94612-3610 | Lynette C. Kelly<br>U.S. Office of the U.S. Trustee<br>1301 Clay St.<br>Oakland, CA 94612 |
| Louisiana Department of Revenue<br>Post Office Box 201<br>Baton Rouge, LA 70821-0201 | M.A. Silva Corks, USA<br>3433 Westwind Blvd.<br>Santa Rosa, CA 95403-9020 | Mill Creek Bottling Services<br>P.O. Box 758<br>Healdsburg, CA 95448-0758 |
| Notion Creative<br>1018 Union Street<br>Alameda, CA 94501-4145 | Office of the U.S. Trustee / SR<br>235 Pine St. #700<br>San Francisco, CA 94104-2745 | PG&E<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 |
| Performance Pump Service<br>200 Perry Street<br>Ukiah, CA 95482-5812 | Philip J. Terry<br>Carle Macke Power & Ross LLP<br>100 B Street, Suite 400<br>Santa Rosa, CA 95401-6376 | Principal Life Insurance Company<br>711 High Street<br>Des Moines, IA 50392-0001 |
| Douglas B. Provencher<br>Law Offices of Provencher and Flatt<br>823 Sonoma Ave.<br>Santa Rosa, CA 95404-4714 | R.S. Randall<br>100 North Hill Drive, Unit 49<br>Brisbane, CA 94005-1014 | Redwood Empire Disposal<br>P.O. Box 14609<br>Santa Rosa, CA 95402-6609 |
| Redwood Empire Sonoma County<br>3400 Standish Ave.<br>Santa Rosa, CA 95407-8112 | (c)ROBIN DAS/BERKSON<br>1090 EVERETT RANCH RD<br>HEALDSBURG CA 95448-8259 | Bret R. Rossi<br>Kronick Moskovitz Tiedemann & Girard<br>500 Capitol Mall Fl 27<br>Sacramento, CA 95814-4737 |
| Savannah Distributing Co.<br>2425 W. Gwinnett Street<br>Savannah, GA 31415-9602 | Scott Laboratories<br>P.O. Box 4559<br>Petaluma, CA 94955-4559 | Peter L.D. Simon<br>Law Offices of Beyers Costin<br>200 Fourth St. #400<br>Santa Rosa, CA 95401-8535 |
| Sonoma County Tax Collector<br>585 Fiscal Dr, RM 100<br>Santa Rosa, CA 95403-2835 | Sonoma Creamery<br>21750 8th Street E #1<br>Sonoma, CA 95476-9803 | Ken Spadoni<br>Pacific Union Real Estate<br>109 Mill St.<br>Healdsburg, CA 95448-4439 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | Steve Sterling<br>101 Waterview<br>Richmond, CA 94804-7495 | Philip J. Terry<br>Carle, Mackie, Power & Ross LLP<br>100 B Street, Suite 400<br>Santa Rosa, CA 95401-6376 |

| | | |
|---|---|---|
| Philip J. Terry<br>Carle, Mackie, Power and Ross LLP<br>100 B St. #400<br>Santa Rosa, CA 95401-6376 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | Ultima Bottling<br>23355 Millerick Road<br>Sonoma, CA 95476-9282 |
| Ultima Mobile Bottling, Inc.<br>c/o Peter L.D. Simon, Attorney<br>200 Fourth Street, Suite 400<br>PO Box 878<br>Santa Rosa, CA 95402-0878 | United Site Services of California, Inc.<br>1521 Copperhill Parkway<br>Santa Rosa, CA 95403-8200 | Vinquiry<br>7795 Bell Road<br>Windsor, CA 95492-8519 |
| WA Department of Revenue<br>Attn: Doug Houghton<br>2101 4th Ave Ste 1400<br>Seattle, WA 98121-2300 | William C. Kreck<br>dba Mill Creek Mobile Bottling Services<br>PO Box 758<br>Healdsburg, CA 95448-0758 | Wisconsin Department of Revenue<br>Mail Stop 6<br>P.O. Box 8900<br>Madison, WI 53708-8900 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Robin Das/Berkson
477 W. Dry Creek Road
Healdsburg, CA 95448

End of Label Matrix
Mailable recipients    68
Bypassed recipients     0
Total                  68